Patricio Esquivel SBN: 015048
RevSolve, Inc.
1395 N. Hayden Road
Scottsdale, AZ 85257
TEL  (480) 467-2360
E-MAIL: pesquivel@uscbinc.com
Attorney for Defendant RevSolve, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **Tiana A. Henderson** | ) | Case No.: 4:20-cv-00560 TUC-JAS |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES** |
| **RevSolve, Inc.** | ) | |
| Defendant. | ) | |

COMES NOW the Defendant RevSolve, Inc. (the "Defendant") and as its Answer and Affirmative Defenses to Plaintiff's Complaint, states and alleges as follows:

1. Defendant submits that the text of the FDCPA will speak for itself and accordingly denies the allegations contained in Paragraph No. 1 of Plaintiff's Complaint.

2. Defendant denies the allegations contained in Paragraph No. 2 of Plaintiff's Complaint.

3. Defendant admits it does business within the boundaries of the District of Arizona but denies the remaining allegations contained in Paragraph No. 3 of Plaintiff's Complaint.

4. Defendant is without knowledge or information sufficient to form a belief as to the truth and veracity of the allegations contained in Paragraph No. 4 of Plaintiff's Complaint and accordingly denies same.

5. Defendant denies the allegations in Paragraph No. 5 of Plaintiff's Complaint.

6. Defendant admits the allegation contained in Paragraph No. 6 of Plaintiff's Complaint.

7. Defendant admits it has a location at 1395 North Hayden Road, Scottsdale, Arizona 85257, but denies the remaining allegations contained in Paragraph No. 7 of Plaintiff's Complaint.

8. Defendant denies the allegations contained in Paragraph No. 8 of Plaintiff's Complaint.

9. Defendant admits it meets the definition of "debt collector" set forth by 15 USC §1692a(6). However, with regard to the allegation that Defendant is a "debt collector" for the purposes of the present action, Defendant is without knowledge or information sufficient to form a belief as to the truth and veracity of such allegation and accordingly denies the same.

10. Defendant is without knowledge or information sufficient to form a belief as to the truth and veracity of the allegations contained in Paragraph No. 10 of Plaintiff's Complaint and accordingly denies same.

11. Defendant is without knowledge or information sufficient to form a belief as to the truth and veracity of the allegations contained in Paragraph No. 11 of Plaintiff's Complaint and accordingly denies same.

12. Defendant admits it received a phone call from Plaintiff on November 13, 2020, but denies the remaining allegations contained in Paragraph No. 12 of Plaintiff's Complaint.

13. Defendant admits the allegations contained in Paragraph No. 13 of Plaintiff's Complaint.

14. Defendant denies the allegations contained in Paragraph No. 14 of Plaintiff's Complaint.

15. Defendant denies the allegations contained in Paragraph No. 15 of Plaintiff's Complaint.

16. Defendant denies the allegations contained in Paragraph No. 16 of Plaintiff's Complaint.

17. Defendant denies the allegations contained in Paragraph No. 17 of Plaintiff's Complaint.

18. Defendant denies the allegations contained in Paragraph No. 18 of Plaintiff's Complaint.

19. Defendant denies the allegations contained in Paragraph No. 19 of Plaintiff's Complaint.

20. Defendant is without knowledge or information sufficient to form a belief as to the truth and veracity of the allegations contained in Paragraph No. 20 of Plaintiff's Complaint and accordingly denies same.

21. Defendant denies the allegations contained in Paragraph No. 21 of Plaintiff's Complaint.

22. Defendant denies the allegations contained in Paragraph No. 22 of Plaintiff's Complaint.

23. Defendant denies the allegations contained in Paragraph No. 23 of Plaintiff's Complaint.

24. Defendant denies the allegations contained in Paragraph No. 24 of Plaintiff's Complaint.

25. Defendant repeats and realleges its responses to Paragraphs 1 through 24 of Plaintiff's Complaint as though fully set forth herein.

26. Defendant is without knowledge or information sufficient to form a belief as to the truth and veracity of the allegations contained in Paragraph No. 26 of Plaintiff's Complaint and accordingly denies same.

27. Defendant submits the text of the FDCPA will speak for itself, and accordingly denies the allegations contained in Paragraph No. 27 of Plaintiff's Complaint.

28. Defendant submits the text of the FDCPA will speak for itself, and accordingly denies the allegations contained in Paragraph No. 28 of Plaintiff's Complaint.

29. Defendant submits the text of the FDCPA will speak for itself, and accordingly denies the allegations contained in Paragraph No. 29 of Plaintiff's Complaint.

30. Defendant submits the text of the FDCPA will speak for itself, and accordingly denies the allegations contained in Paragraph No. 30 of Plaintiff's Complaint.

31. Defendant denies the allegations contained in Paragraph No. 31 of Plaintiff's Complaint.

32. Defendant denies the allegations contained in Paragraph No. 32 of Plaintiff's Complaint.

33. Defendant denies the allegations contained in Paragraph No. 33 of Plaintiff's Complaint.

34. Defendant submits the text of the FDCPA will speak for itself, and accordingly denies the allegations contained in Paragraph No. 34 of Plaintiff's Complaint.

35. Defendant submits the text of the FDCPA will speak for itself, and accordingly denies the allegations contained in Paragraph No. 35 of Plaintiff's Complaint

36. Defendant denies the allegations contained in Paragraph No. 36 of Plaintiff's Complaint.

37. Defendant denies the allegations contained in Paragraph No. 37 of Plaintiff's Complaint.

38. Defendant submits the text of the FDCPA will speak for itself, and accordingly denies the allegations contained in Paragraph No. 38 of Plaintiff's Complaint.

39. Defendant denies the allegations contained in Paragraph No. 39 of Plaintiff's Complaint.

40. Defendant denies the allegations contained in Paragraph No. 40 of Plaintiff's Complaint.

Any allegation of Plaintiff's Complaint not specifically admitted herein is denied.

**AFFIRMATIVE DEFENSES**

1. The Plaintiff has failed to state any claims upon which relief may be granted.

2. The Plaintiff's claims are barred by 15 U.S.C. §1692k(c).

3. The Plaintiff's claims are barred by the doctrine of unclean hands.

4. Plaintiff has not suffered any damages.

5. To the extent that Plaintiff claims to have suffered damages, which is disputed by Defendant, Plaintiff has failed to mitigate any such claimed damages.

6. Plaintiff's claimed damages, if any, were the proximate result of acts or omissions, negligent or otherwise, of third persons over whom Defendant exercised no control and for whose acts or omissions Defendant is not responsible.

7. Defendant reserves the right to add additional defenses presently unknown to it according to facts that may become known during the course of discovery.

WHEREFORE, Defendant respectfully prays that Plaintiff's Complaint be dismissed with prejudice in its entirety, that Defendant be awarded its reasonable attorneys' fees and costs incurred to date in defending this action and for such other and further relief as this Court deems proper.

DATED this 6th day of May, 2021.

USCB, Inc.

By: s/ Patricio Esquivel
**Patricio Esquivel, No. 015048**
RevSolve, Inc.
1395 N. Hayden Road
Scottsdale, AZ 85257
TEL (480) 467-2360
E-MAIL: pesquivel@uscbinc.com
Attorney for Defendant, RevSolve, Inc.

**Certificate of Service**

I hereby certify that on May 6, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

jmclaughlin@sulaimanlawgroup.com

By: s/ Patricio Esquivel
**Patricio Esquivel, No. 015048**
RevSolve, Inc.
1395 N. Hayden Road
Scottsdale, AZ 85257
TEL (480) 467-2360
E-MAIL: pesquivel@uscbinc.com
Attorney for Defendant RevSolve, Inc.