EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
Email: xmartin@mamlaw.com
**MALONE FROST MARTIN PLLC**
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

**COUNSEL FOR DEFENDANT
ADMITTED PHV**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **Tiana A. Henderson** )<br>     Plaintiff, )<br> )<br>v. )<br> )<br>**RevSolve, Inc.** )<br>     Defendant. ) | Case No.: 4:20-cv-00560 YUC-JAS |

### PARTIES' JOINT MOTION TO EXTEND DISCOVERY DEADLINE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Plaintiff Dorothy Farrell ("Plaintiff") and Defendant RevSolve, Inc. ("Defendant") (collectively, the "Parties") and files this Joint Motion to Extend Discovery Deadline, and will show onto this Court as follows:

**I.**

1. Discovery is set to end in this matter on January 28, 2022.

2. The Parties are still in the process of completing depositions in this matter, and require more time to ensure that the depositions can be completed before the discovery cutoff.

3. To this end, the Parties seek an extension of the discovery deadline solely for the purposes of taking depositions of the Parties.

4. The Parties request an extra thirty (30) days for the completion of the depositions in this matter.

5. Plaintiff intends to depose one or more corporate representative of Defendant, and Defendant intends to depose the Plaintiff.

6. The Parties do not anticipate needing to extend any other deadlines in this matter and expect to be able to file dispositive motions and/or be prepare for trial in accordance with the dates set forth in the Court's scheduling order.

7. This request is not for delay, but so that the Parties may fully complete discovery in this matter.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Dorothy Farrell and Defendant RevSolve, Inc., respectfully request that this Court extend the discovery deadline by an extra thirty (30) days solely for the purpose of the Parties taking depositions in this matter.

Agreed as to form and content, and Respectfully Submitted,

/s/ Jennifer Ann Filipiak
Jennifer Ann Filipiak (Ill. Bar No. 6315340)
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
(630) 575-8180 (phone)
(630) 575-8188 (fax)
Email: jmclaughlin@sulaimanlaw.com
*Attorney for Plaintiff*

**MALONE FROST MARTIN PLLC**
/s/ Xerxes Martin
EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
Email: xmartin@mamlaw.com
**MALONE FROST MARTIN PLLC**
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

**COUNSEL FOR DEFENDANT**
**ADMITTED PHV**