EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
Email: xmartin@mamlaw.com
**Malone Frost Martin PLLC**
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

***COUNSEL FOR DEFENDANT***
***ADMITTED PHV***

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **Tiana A. Henderson** | ) | Case No.: 4:20-cv-00560 YUC-JAS |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **RevSolve, Inc.** | ) | |
|    Defendant. | ) | |

**ORDER ON PARTIES' JOINT MOTION
TO EXTEND DISCOVERY DEADLINE**

On this day came to be considered the Parties' Joint Motion to Extend Discovery Deadline. After considering the Motion, it is the opinion of this Court that the he Parties' Joint Motion to Extend Discovery Deadline, for the purposes of conducting depostions in this matter, should be **GRANTED**.

Therefore, it is hereby **ORDERD** that the Parties' Joint Motion to Extend Discovery Deadline is **GRANTED**. The Parties shall have an extra thirty (30) days for the completion

1  of the depositions in this matter. No other deadlines in this matter shall be effected by this
2  Order.

    Signed this _____ day of January, 2022.


                                                          _____
                                                                      Judge Presiding